Thomas W. McNamara (SBN 127280)
Daniel M. Benjamin (SBN 209240)
Chrysta L. Elliott (SBN 253298)
BALLARD SPAHR, LLP
655 West Broadway, Suite 1600
San Diego, California  92101
Telephone:      (619) 696-9200
Facsimile:      (619) 696-9269
Email: mcnamarat@ballardspahr.com
          benjamind@ballardspahr.com
          elliottc@ballardspahr.com

Attorneys for Defendant
PLAYGROUND DESTINATION PROPERTIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER AND LAURIE BEAVER, HUSBAND AND WIFE; STEVEN ADELMAN, AN INDIVIDUAL; AND ABRAM AGHACHI, AN INDIVIDUAL, DINESH GAUBA, AN INDIVIDUAL, DEVIN KENNA AND VERONICA KENNA, HUSBAND AND WIFE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TARSADIA HOTELS, A CALIFORNIA CORPORATION; TUSHAR PATEL, AN INDIVIDUAL; B. U. PATEL, AN INDIVIDUAL; GREGORY CASSERLY, AN INDIVIDUAL; 5TH ROCK, LLC, A DELAWARE LIMITED LIABILITY COMPANY; MKP ONE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GASLAMP HOLDINGS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; PLAYGROUND DESTINATION PROPERTIES, INC., A WASHINGTON CORPORATION; JOSH ERSKINE, AN INDIVIDUAL; SHANE ERSKINE, AN INDIVIDUAL; and DOES 1 - 50, INCLUSIVE,<br><br>                    Defendants. | Case No.  11-CV-1842 DMS (CAB)<br><br>**DEFENDANT PLAYGROUND DESTINATION PROPERTIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Related Case:<br><br>*Salameh, et al. v. Tarsadia Hotels, et al.,*<br>*Case No. 3:09-cv-02739-DMS-CAB*<br><br>Date:    February 17, 2012<br>Time:   1:30 p.m.<br>Judge: Hon. Dana M. Sabraw<br>Dept:   Courtroom 10, 2nd Floor |

**TO THE COURT, PLAINTIFF, AND ALL COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT, on February 17, 2012 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10, 2nd Floor of the above-entitled court, Defendant Playground Destination Properties, Inc. ("Playground"), by and through its attorneys of record, Ballard Spahr LLP, will and hereby does move to dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. Proc. 12(b)(6).  In making this motion, Playground also joins in all applicable arguments made by Defendants Tarsadia Hotels, Tushar Patel, B. U. Patel, Gregory Casserly,  5th Rock, LLC, MKP One, LLC, and Gaslamp Holdings, LLC in their motion to dismiss.  This Motion is based on the pleadings and papers on file, the concurrently filed Memorandum of Points and Authorities and Declaration of Daniel M. Benjamin, and any argument as may be heard hereon.

Dated:  January 5, 2012

BALLARD SPAHR LLP

By:  /s/ Daniel M. Benjamin
Attorney for Playground Destination
Properties, Inc.
Email:  benjamind@ballardspahr.com