```
 1 │ Michael P. McNamara (SBN 106079)
   │ Kirsten H. Spira (SBN 119885)
 2 │ Jenner & Block LLP
   │ 633 West 5th Street, Suite 3500
 3 │ Los Angeles, California  90071
   │ Telephone:  (213) 239-5100
 4 │ Email:  mmcnamara@jenner.com
 5 │ Email:  kspira@jenner.com
 6 │
 7 │ Attorneys for Third Party Defendant
   │ GREENBERG TAURIG LLP
 8 │
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER and LAURIE BEAVER, et al., | Case No.: 11-CV-1842-GPC (KSC) (Related with Case No. 09-CV-2739-GPS (BLM)) |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| TARSADIA HOTELS, et al., | |
| Defendants. | |
| | |
| TARSADIA HOTELS, et al., | |
| Third Party Plaintiffs, | |
| vs. | |
| GREENBERG TRAURIG, LLP, et al., | |
| Third Party Defendants. | |

      **NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Greenberg Traurig LLP substitutes Michael P. McNamara and Kirsten H. Spira of Jenner & Block LLP, State Bar Nos. 106079 and 119885, as counsel of record in place of Michael P. McNamara, Kirsten H. Spira, Dylan Ruga of Steptoe & Johnson LLP.

      Contact information of new counsel is as follows:

Jenner & Block LLP
633 West Fifth Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
Email: mmcnamara@jenner.com
Email: kspira@jenner.com

      As indicated below, former counsel, new counsel, and Greenberg Traurig LLP consent to the substitution.

I consent to the above substitution.

Dated: April 8, 2016

Jenner & Block LLP

By: _____
Michael P. McNamara
Attorneys for Greenberg Traurig LLP

I consent to the above substitution.

Dated: March 04, 2016 [April]

Greenberg Traurig LLP

By: _____
Susan Tarbe
Assistant General Counsel, Greenberg Traurig LLP

1  I consent to being substituted.
2
3  Dated: April 8, 2016                    Steptoe & Johnson LLP
4
5                                          By: /s/ Michael P. McNamara
6                                              Michael P. McNamara
                                                Former Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY                    Case No. 11-CV-18242 GPC (KSC)

Doc. # DC-9018774 v.1