Frederick H. Kranz (State Bar No. 055815)
Lynn T. Galuppo (State Bar No. 204096)
COX, CASTLE & NICHOLSON LLP
3121 Michelson Drive, Suite 200
Irvine, CA  92612-2480
Telephone:  (949) 260-4600
Facsimile:   (949) 260-4699
Email:  fkranz@coxcastle.com;
lgaluppo@coxcastle.com

Attorneys for Defendants
Tarsadia Hotels; Tushar Patel; B.U. Patel; Gregory Casserly; 5th Rock, LLC; MKP One, LLC; and Gaslamp Holdings, LLC
and Third Party Claimant, 5th Rock, LLC, et al.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER and LAURIE BEAVER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TARSADIA HOTELS, *et al.*,<br><br>Defendants. | Case No. 11-cv-1842-GPC (KSC)<br>(Related to Case No. 3:09-cv-02739-GPC (BLM))<br><br>**DECLARATION OF FREDERICK H. KRANZ IN SUPPORT OF TARSADIA DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, ORELL C. ANDERSON** |
| 5TH ROCK, LLC, *et al.*,<br><br>Third Party Claimants,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, and ZOE 1 through ZOE 50, inclusive,<br><br>Third Party Defendants. | Date:<br>Time:  1:30 p.m.<br>Judge: Hon. Gonzalo p. Curiel<br>Ctrm.:  2D<br><br><br>Complaint filed:  August 17, 2011 |

LAW OFFICES OF
COX, CASTLE & NICHOLSON LLP
IRVINE, CA

063353\7889771v2

DECL. OF KRANZ ISO MTN TO EXCLUDE TESTIMONY
OF PLAINTIFFS' EXPERT
USDC CASE NO. 11-CV-1842-GPC-KSC

Frederick H. Kranz (State Bar No. 055815)
Lynn T. Galuppo (State Bar No. 204096)
COX, CASTLE & NICHOLSON LLP
3121 Michelson Drive, Suite 200
Irvine, CA  92612-2480
Telephone:  (949) 260-4600
Facsimile:   (949) 260-4699
Email:  fkranz@coxcastle.com;
lgaluppo@coxcastle.com

Attorneys for Defendants
Tarsadia Hotels; Tushar Patel; B.U. Patel; Gregory Casserly; 5th Rock, LLC; MKP One, LLC; and Gaslamp Holdings, LLC
and Third Party Claimant, 5th Rock, LLC, et al.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER and LAURIE BEAVER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TARSADIA HOTELS, *et al.*,<br><br>Defendants. | Case No. 11-cv-1842-GPC (KSC)<br>(Related to Case No. 3:09-cv-02739-GPC (BLM))<br><br>**DECLARATION OF FREDERICK H. KRANZ IN SUPPORT OF TARSADIA DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, ORELL C. ANDERSON** |
| 5TH ROCK, LLC, *et al.*,<br><br>Third Party Claimants,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, and ZOE 1 through ZOE 50, inclusive,<br><br>Third Party Defendants. | Date:<br>Time:   1:30 p.m.<br>Judge: Hon. Gonzalo p. Curiel<br>Ctrm.:  2D<br><br><br>Complaint filed:  August 17, 2011 |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

063353\7889771v2

DECL. OF KRANZ ISO MTN TO EXCLUDE TESTIMONY
OF PLAINTIFFS' EXPERT
USDC CASE NO. 11-CV-1842-GPC-KSC

## DECLARATION OF FREDERICK H. KRANZ

I, Frederick H. Kranz, declare and affirm as follows:

1. I am a member of the California State Bar in good standing, admitted to practice in the United States District Court for the Southern District of California, and am a partner with the law firm of Cox, Castle & Nicholson LLP ("CCN"). CCN is counsel of record for Defendants Tarsadia Hotels, Tushar Patel, B.U. Patel, Gregory Casserly, 5th Rock, LLC, MKP One, LLC, and Gaslamp Holdings, LLC (the "Tarsadia Defendants") in the current action. I make this declaration in support of the Tarsadia Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert, Orell C. Anderson. I have personal knowledge of the matters stated in this declaration.

2. Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the deposition of Orell C. Anderson taken on May 9, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the S&P/Case-Shiller Methodology, dated July 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the 2012-2013 Edition of the Uniform Standards of Professional Appraisal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 29, 2016, at Irvine, California.

_____
Frederick H. Kranz

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

063353\7889771v2

- 1 -

DECL. OF KRANZ ISO MTN TO EXCLUDE TESTIMONY
OF PLAINTIFFS' EXPERT
USDC CASE NO. 11-CV-1842-GPC-KSC