# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TARSADIA HOTELS, et als., <br><br> Defendants. | CASE NO. 11cv1842 GPC(KSC) <br><br> **ORDER RE: JOINT MOTION REGARDING LIEN** |

On September 15, 2017, the Court held a hearing on Plaintiffs' motion for final approval of class action settlement. (Dkt. No. 307.) At the hearing, third party Defendant Greenberg Traurig LLP raised an issue regarding the lien filed in this case and the Court directed the parties to either submit a stipulation or provide further briefing. (Dkt. No. 308 at 11.) On August 1, 2017, Tarsadia Defendants filed a notice of lien as to class members Ray Hammi and Frank Issa based on a money judgment entered in the case of 5th & K Parcel 2 Owners' Association, Inc. v. Salameh, in San Diego Superior Court in the amount of $3,524,959.00. (Dkt. Nos. 281, 281-1.)

On September 19, 2017, the parties filed a joint motion regarding lien. (Dkt. No. 309.) The joint motion requests "that the Court order that the Tarsadia Defendants and third party defendant Greenberg Traurig (and Greenberg Traurig's insurers) are released and absolved from any duty or responsibility to honor the Lien, so they will not incur or have any liability in connection with the Lien by complying with their anticipated payment obligations under the Settlement." (Dkt. No. 309 at 3.) Further,

1  "[o]nce those payments are made pursuant to the Settlement, all obligations under the Lien will rest exclusively with the Settlement Administrator." (Id.)

Based on the language in the proposed order, it is unclear whether Tarsadia Defendants, the filer of the notice of lien, seek to release the lien completely or are seeking to transfer responsibility and/or liability to the Settlement Administrator. If so, then it is not clear why Tarsadia Defendants seek to be "released and absolved from any duty or responsibility to honor the Lien." Moreover, the Court notes that the joint motion regarding lien, that will affect the rights of Frank Issa and Ray Hammi under the settlement, was not served on them. The parties shall submit additional information and legal authority, if any, for the Court concerning the parties' joint motion and the issues identified herein above on or before **September 26, 2017.**

IT IS SO ORDERED.

DATED: September 20, 2017

HON. GONZALO P. CURIEL
United States District Judge